AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

VICTOR EMMANUEL DA SILVA MARTINS,

Petitioner,

v.

WARDEN, FOLKSTON ICE PROCESSING FACILITY,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:25-cv-152

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order entered on December 23, 2025, Petitioner's § 2241 petition is granted in part. Therefore, Respondent is ordered to provide Petitioner with a bond haring within seven days and to comply with the immigration judge's conclusions. Additionally, all non-Warden Respondents are dismissed. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

December 29, 2025
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020